# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

BERNADINE BROWN,

    Plaintiff,

v.                                                                                No. 1:25-cv-00649-KG-SCY

CENTRAL BAPTIST ASSOCIATION OF NEW MEXICO, *et al.*,

    Defendants.

## ORDER DENYING MOTION TO RECOGNIZE COMPLETION OF SERVICE

Plaintiff, who is proceeding *pro se*, asserted civil rights claims pursuant to 42 U.S.C. § 1983 for deprivation of "procedural due process, equal protection, and religious liberty through unauthorized litigation, misuse of judicial process, and discriminatory enforcement of a deed restriction." Amended Complaint for Declaratory and Injunctive Relief Under 42 U.S.C. § 1983 and Related Statutes at 2, Doc. 6, filed July 11, 2025 ("Amended Complaint").

The Court has dismissed Plaintiff's claims against the Second Judicial District Court and Second Judicial District Judge Erin O'Connell. *See* Order Dismissing Claims, Doc. 23, filed August 28, 2025. The only Defendants remaining in this case are: (i) Central Baptist Association of New Mexico ("Association"); (ii) Charles Hughson, counsel for the Association; (iii) 21st Mortgage Corporation; (iv) Steven Hoffman, counsel for 21st Mortgage; and (v) John/Jane Does 1-10. *See* Amended Complaint at 7-8.

Plaintiff states she has "effected service of the Summons and Complaint upon all named Defendants pursuant to Fed. R. Civ. p. 4(e)(1) and New Mexico Rule 1-004(E)(3), via certified mail, return receipt requested." Motion to Recognize Completion of Service and Commencement of Responsive Period as to Central Baptist Association and Charles Hughson, Esq. at 1, Doc. 19, filed August 4, 2025 ("Motion"). Plaintiff also states: (i) "As to [Defendant] 21st Mortgage Corporation, the certified mail packet was returned to Plaintiff and a signed return receipt was received;" (ii) "no

return receipt has been received for the certified mailing sent to [Defendant] Central Baptist Association;" and (iii) "As to [Defendant] Charles Hughson, Esq., the Summons and Complaint were also served via certified mail with return receipt requested, and no return receipt has been received to date." Motion at 2. Plaintiff requests that the Court:

1. Recognize that service upon the Central Baptist Association and Charles Hughson, Esq. was properly effected under Rule 4 and New Mexico Rule 1-004(E), and that return receipts were either refused or not returned despite evidence of delivery or non-refusal;

2. Deem the 21-day response period to have commenced for both Central Baptist Association and Charles Hughson, Esq., as required under Rule 12(a)(1)(A)(i):

3. Acknowledge that service on 21st Mortgage Corporation is complete, with return receipt received and backup email notice transmitted.

Motion at 2-3. None of the Defendants have filed an answer or Rule 12 motion.

The Court denies Plaintiff's Motion because she has not shown that she properly served Defendants pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and New Mexico Rule 1-004(E). Rule 4(e)(1) of the Federal Rules of Civil Procedure provides:

> . . . an individual . . . may be served in a judicial district of the United States by:
>
> (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made.

Fed. R. Civ. P. 4(e)(1); Fed. R. Civ. P. 4(h)(1)(A) (stating a corporation may be served "in the manner prescribed by Rule 4(e)(1)". New Mexico Rule 1-004(E) provides:

> Service may be made by mail or commercial courier service provided that the envelope is addressed to the named defendant and further provided that the defendant *or a person authorized by appointment, by law or by this rule to accept service of process upon the defendant* signs a receipt for the envelope or package containing the summons and complaint, writ or other process.

N.M.R.A. §1-004(E)(3) (emphasis added).

Plaintiff has not shown that she properly served Defendants 21st Mortgage Corporation and Steven Hoffman. The return receipt for the summons Plaintiff mailed to Steven Hoffman was signed

by Mario Roque. *See* Summons Returned Executed Steven Hoffman at 3, Doc. 12, filed August 1, 2025. Plaintiff has not shown that Mario Roque is a person authorized by appointment, by law or by New Mexico Rule 1-004 to accept service of process for Steven Hoffman. It appears that Plaintiff mailed the summons for 21st Mortgage Corporation to Steven Hoffman. *See* Summons Returned Executed 21st Mortgage Corporation at 1, Doc. 13, filed August 1, 2025 (stating "sent both to Esq Steven Hoffman"). Plaintiff has not shown that Steven Hoffman or Mario Roque are persons authorized by appointment, by law or by New Mexico Rule 1-004 to accept service of process for Defendant 21st Mortgage Corporation.

Plaintiff has not shown that she properly served Defendants Central Baptist Association of New Mexico and Charles Hughson. Although Plaintiff states she served Central Baptist Association of New Mexico and Charles Hughson by sending the summons and complaint by certified mail with return receipt requested, and neither the package nor the return receipt card were returned, Plaintiff has not filed proof of service. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court").

The Court denies Plaintiff's Motion to recognize completion of service because Plaintiff has not shown that she properly served the remaining named Defendants.

**IT IS ORDERED** that Plaintiff's Motion to Recognize Completion of Service and Commencement of Responsive Period as to Central Baptist Association and Charles Hughson, Esq., Doc. 19, filed August 4, 2025, is **DENIED.**

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.