IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERNADINE BROWN,

    Plaintiff,

v.                                                                                    No. 1:25-cv-00649-KG-SCY

CENTRAL BAPTIST ASSOCIATION OF NEW MEXICO, *et al.*,

    Defendants.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

The undersigned ordered *pro se* Plaintiff to show cause why the Court should not dismiss this case and to file a second amended complaint by September 25, 2025. *See* Order to Show Cause at 6, Doc. 32, filed September 4, 2025. Plaintiff seeks an extension of time to October 20, 2025, to respond to the Order to Show Cause stating "Plaintiff is currently out of state due to a family emergency." Motion for Extension of Time to Respond to Order to Show Cause, Doc. 35, 2025.

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Order to Show Cause, is **GRANTED.** Plaintiff shall, by October 20, 2025: (i) show cause why the Court should not dismiss this case; and (ii) file a second amended complaint. Failure to timely show cause and file a second amended complaint may result in dismissal of this case. No additional extensions of time to respond to the Order to Show Cause will be granted absent extraordinary circumstances.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.