IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERNADINE BROWN,

    Plaintiff,

v.                                  No. 1:25-cv-00649-KG-SCY

CENTRAL BAPTIST ASSOCIATION OF NEW MEXICO, *et al.*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiffs' case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                                             /s/Kenneth J. Gonzales
                                             CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.